

The relief described hereinbelow is SO ORDERED.

Signed May 27, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-50455 (RBK) |
| SPECTRUM JUNGLE LABS | ) |
| CORPORATION, et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**ORDER FURTHER EXTENDING EXCLUSIVE PERIODS FOR FILING
CHAPTER 11 PLANS AND OBTAINING ACCEPTANCES OF SUCH PLANS**

Upon the motion (the "Motion")[2] of the Debtors for an order, under

Bankruptcy Code section §1121(d), extending their initial exclusive periods for

proposing and obtaining acceptances of one or more plans of reorganization; and due and

---

[1] In addition to Spectrum Jungle Labs Corporation, the following entities are debtors in these related cases: Spectrum Brands, Inc., ROVCAL, Inc., ROV Holding, Inc., Tetra Holding (US), Inc., United Industries Corporation, Schultz Company, Spectrum Neptune US Holdco Corporation, United Pet Group, Inc., DB Online, LLC, Aquaria, Inc., Perfecto Manufacturing, Inc., Aquarium Systems, Inc. and Southern California Foam, Inc.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

## ORDERED AND ADJUDGED THAT:

1. The Motion is GRANTED as provided in this Order.

2. The Debtors' Exclusive Proposal Period is extended to and including August 3, 2009.

3. The Debtors' Exclusive Solicitation Period is extended to and including October 2, 2009.

4. Entry of this Order is without prejudice to (a) the Debtors' right to seek from this Court other or further extensions of the Exclusive Periods, or (b) any party in interest's right to seek to reduce the Exclusive Periods for cause.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

###

**Submitted by:**

William B. Kingman (Texas Bar No. 11476200)
LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
4040 Broadway, Suite 450
San Antonio, Texas 78209
Telephone: 210-829-1199
Email: bkingman@kingmanlaw.com

Harry A. Perrin (Texas Bar No. 15796800)
D. Bobbitt Noel, Jr. (Texas Bar No. 15056500)
VINSON & ELKINS LLP
First City Tower, 1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713-758-2222; Fax: 713-615-5016
Email: hperrin@velaw.com, bnoel@velaw.com

D. J. Baker (Texas Bar No. 01566500)
Adam S. Ravin
Raquelle L. Kaye
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Telephone: 212-735-3000; Fax: 212-735-2000
Email: dj.baker@skadden.com, adam.ravin@skadden.com,
raquelle.kaye@skadden.com

Counsel for Debtors and Debtors in Possession