The relief described hereinbelow is SO ORDERED.

Signed May 27, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-50455 (RBK) |
| SPECTRUM JUNGLE LABS ) | |
| CORPORATION, <u>et al.</u>, ) | *Chapter 11* |
| ) | |
| Debtors.[1] ) | Jointly Administered |
| ) | |

**ORDER FURTHER DEFERRING ESTABLISHMENT OF**
**PROOF OF CLAIM BAR DATE PENDING DISPOSITION OF PLAN**

Upon the motion (the "Motion")[2] of the Debtors for an order, under Bankruptcy Code section 105(a), (i) further deferring the setting of a General Bar Date pending the Court's consideration and disposition of the Plan and (ii) waiving the setting of a General Bar Date if the Plan is confirmed; and due and sufficient notice of the Motion having been given under the

---

[1] In addition to Spectrum Jungle Labs Corporation, the following entities are debtors in these related cases: Spectrum Brands, Inc., ROVCAL, Inc., ROV Holding, Inc., Tetra Holding (US), Inc., United Industries Corporation, Schultz Company, Spectrum Neptune US Holdco Corporation, United Pet Group, Inc., DB Online, LLC, Aquaria, Inc., Perfecto Manufacturing, Inc., Aquarium Systems, Inc. and Southern California Foam, Inc.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The setting of a General Bar Date shall be, and is hereby, deferred pending the Court's consideration and disposition of the Plan. The General Bar Date shall be waived if the Court confirms the Plan. If, however, the Court enters an order determining that the Plan cannot be confirmed, any party (including the Debtors) shall have the right, upon notice and a hearing, to request that a General Bar Date be established (subject to the right of any other party to oppose any such request).

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

###

**Submitted by:**

William B. Kingman (Texas Bar No. 11476200)
LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
4040 Broadway, Suite 450
San Antonio, Texas 78209
Telephone: 210-829-1199
Email: bkingman@kingmanlaw.com

Harry A. Perrin (Texas Bar No. 15796800)
D. Bobbitt Noel, Jr. (Texas Bar No. 15056500)
VINSON & ELKINS LLP
First City Tower, 1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: 713-758-2222; Fax: 713-615-5016
Email: hperrin@velaw.com, bnoel@velaw.com

D. J. Baker (Texas Bar No. 01566500)
Adam S. Ravin
David M. Turetsky
Jamie B. Eichinger
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036-6522
Telephone: 212-735-3000; Fax: 212-735-2000
Email: dj.baker@skadden.com, adam.ravin@skadden.com, david.turetsky@skadden.com, jamie.eichinger@skadden.com

Counsel for Debtors and Debtors in Possession