**Form 210A (10/06)**

# United States Bankruptcy Court
## Western District of Texas-San Antonio Division

In re:        **United Industries Corporation,**
Case No.    **09-50461, (Jointly Administered Under Case No. 09-50455)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: | Name of Transferor: |
| **GYCS Trucking** | **Fair Harbor Capital, LLC** |
| | **As assignee of GYCS Trucking** |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): none |
| **GYCS Trucking**<br>**Gracela Zumbas**<br>**9924 Carob Ave**<br>**Fontana, CA 92335** | Name and Address of Transferor:<br>**Fair Harbor Capital, LLC**<br>**Ansonia Finance Station**<br>**PO Box 237037**<br>**New York, NY 10023** |
| Phone: ---------------------------------<br>Last Four Digits of Acct #:     n/a | Phone:<br>Last Four Digits of Acct. #:    n/a |

Name and Address where transferee payments
should be sent (if different from above):

Phone:     n/a
Last Four Digits of Acct #:     n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:        /s/*Fredric Glass*                           Date:    September 9, 2009
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Western District of Texas-San Antonio Division

In re: United Industries Corporation,
Case No. 09-50461, (Jointly Administered Under Case No. 09-50455)

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

**Claim No. none (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on September 9, 2009.

Name of Transferee:
**GYCS Trucking**

Name of Transferor:
**Fair Harbor Capital, LLC**
**As assignee of GYCS Trucking**

Name and Address where notices to transferee should be sent:

**GYCS Trucking**
**Gracela Zumbas**
**9924 Carob Ave**
**Fontana, CA 92335**

Court Claim # (if known): none

Name and Address of Transferor:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Phone: -------------------------------------
Last Four Digits of Acct #: ____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                    _____
                                            Clerk of the Court