

The relief described hereinbelow is SO ORDERED.

Signed September 22, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SPECTRUM JUNGLE LABS | § | CASE NO. 09-50455-RBK |
| CORPORATION, ET AL., | § | |
| | § | (JOINTLY ADMINISTERED) |
| | § | |
| DEBTORS | § | CHAPTER 11 |

**ORDER DISMISSING MOTION AS MOOT**

On this day came on to be considered the "Verified Amended Motion for Relief from Stay" filed by **John Ward and Rosemarie Ward** (Court document #1031), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Amended Motion for Relief from Stay* is hereby **DISMISSED AS MOOT**.

# # #