The relief described hereinbelow is SO ORDERED.

Signed March 31, 2010.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-50455 (RBK) |
| SPECTRUM JUNGLE LABS | ) |
| CORPORATION, et al., | ) *Chapter 11* |
| | ) |
| Debtors.[1] | ) Jointly Administered |
| | ) |

**FINAL DECREE CLOSING MAIN CASE EFFECTIVE MARCH 31, 2010**

Upon the motion (the "Motion")[2] of Spectrum Jungle Labs Corporation for entry of an order under Bankruptcy Code sections 105(a) and 350(a), Bankruptcy Rule 3022 and Local Rule 3022 closing the Debtors' main case (Case No. 09-50455) (the "Bankruptcy Case")

---

[1] In addition to Spectrum Jungle Labs Corporation, the following entities are reorganized debtors in these related cases: Spectrum Brands, Inc., ROVCAL, Inc., ROV Holding, Inc., Tetra Holding (US), Inc., United Industries Corporation, Schultz Company, Spectrum Neptune US Holdco Corporation, United Pet Group, Inc., DB Online, LLC, Aquaria, Inc., Perfecto Manufacturing, Inc., Aquarium Systems, Inc. and Southern California Foam, Inc. With the exception of Spectrum Jungle Labs Corporation, the related cases of these reorganized debtors were closed on September 30, 2009.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Motion.

as of March 31, 2010, and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted.

2. Pursuant to 11 U.S.C. § 350(a), the Bankruptcy Case is hereby closed effective as of March 31, 2010.

3. The Clerk of Court shall mark the docket for case no. 09-50455 as closed.

4. The Court retains the right under 11 U.S.C. § 350(b) to reopen the Bankruptcy Case if circumstances so require.

5. This Order is without prejudice to any parties' right to seek to re-open the Bankruptcy Case.

6. The appointment and services of Logan & Company, Inc. ("Logan") as the claims, noticing and balloting agent in the Bankruptcy Case (the "Claims Agent"), shall be terminated effective twenty (20) days from the entry of this Order. Logan, as Claims Agent, shall prepare final claims registers for the Clerk's office pursuant to the Guidelines for the Implementation of 28 U.S.C. § 156(c) and shall box and transport claims to the Federal Archives or to such other place as the Clerk's office directs pursuant to the Guidelines. Logan is authorized to shred or otherwise dispose of all noticing and other documents that have been returned by the post office as undeliverable mail.

7. The Debtors shall, within 30 days of the entry of this final decree, pay to the United States Trustee at P.O. Box 70937, Charlotte, NC 28272-0937, the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment shall reflect the Debtors' account number and be transmitted with a Chapter 11 Quarterly Disbursement and Fee Report, which shall be available from the United States Trustee.

8. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

###

**Submitted by:**

William B. Kingman (Texas Bar No. 11476200)
LAW OFFICES OF WILLIAM B. KINGMAN, P.C.
4040 Broadway, Suite 450
San Antonio, Texas 78209
Telephone: 210-829-1199
Email: bkingman@kingmanlaw.com

Counsel for Reorganized Debtors